United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 2, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-30081
Summary Calendar

_____

SAEED SULAIMAN,

Plaintiff-Appellant,

versus

HOWARD SCHWARTZ; FEDERAL BUREAU OF INVESTIGATION,
New Orleans Office Civil Rights Division,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 03-CV-3461-I
--------------------

Before REAVLEY, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Saeed Sulaiman appeals the district court's dismissal of his civil suit brought in forma pauperis against Howard Schwartz, an agent with the Federal Bureau of Investigation's ("FBI") New Orleans office, and the Civil Rights Division of the FBI's New Orleans Office. He has also filed a motion for appointment of counsel.

We must examine the basis of its jurisdiction on its own motion if necessary. Mosley v. Cozby, 813 F.2d 659, 660 (5th

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cir. 1987). A review of the documents filed on January 27, 2004, indicates that the primary relief requested by Sulaiman was reconsideration of the district court's judgment under FED. R. CIV. P. 59(e). See United States v. Gallardo, 915 F.2d 149, 150 (5th Cir. 1990); see also Mosley, 813 F.2d at 660. Accordingly, we lack jurisdiction, and the appeal must be DISMISSED. Sulaiman's motion for appointment of counsel is DENIED.